# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KRACOR, INC.,

       Plaintiff,           Case No. 03-C-1438

       v.

WEMA USA INC.,

    Defendant and
    Third-Party Plaintiff,

       v.

BLUE RIDGE FABRICATORS, INC.,

    Third-Party Defendant and
        Fourth-Party Plaintiff,

       v.

BILTRITE CORPORATION,

       Fourth-Party Defendant.

## OPINION AND ORDER

       The parties to this case have voluntarily stipulated to the dismissal of all claims, cross-claims and counterclaims and the court has approved their stipulation. Therefore, the court ORDERS that this action is dismissed with prejudice and without costs to any party. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> This action brought by Plaintiff Kracor, Inc. against Defendant and Third-Party Plaintiff WEMA USA Inc. with Blue Ridge Fabricators, Inc. as Third-Party Defendant and Fourth-Party Plaintiff, and Biltrite Corporation as Fourth-Party Defendant came before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having voluntarily stipulated to the dismissal of all claims, cross-claims and counterclaims,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed with prejudice, but without costs to any party.
>
> Done and Ordered in Chambers at the United States Courthouse,

Milwaukee, Wisconsin, this 14th day of July, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge